UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE No. 8:07-CR-313-T-27TGW

MICHAEL BEAVER

---

## REPORT AND RECOMMENDATION

This cause came on for consideration upon the Defendant's Motion for Approval of the Expense of Expert Ted Shaw filed on January 27, 2010 (Doc. 70). Defense counsel seeks authorization to spend $2,975 for the services of psychologist Dr. Ted Shaw to evaluate the defendant's mental status.

The defendant is charged in a five-count indictment with threatening two judges of this court and a state court judge. Prior proceedings have revealed that there is a serious question regarding the defendant's mental status. Thus, at the Government's request, the defendant was examined locally and thought to be incompetent.

He was then sent to a federal facility and underwent a thorough evaluation. The report from that facility opined that the defendant was competent. The Federal Public Defender, who was representing the defendant, did not accept that opinion. Rather, she conducted a lengthy exploration of the issue, during which the matter was delayed further when the defendant reportedly attempted suicide.

Thereafter, the Public Defender's efforts were halted when she was allowed to withdraw because the defendant directed inappropriate sexual conduct toward her and her office. The substituted attorney, who is an experienced criminal defense attorney, has sought funds to obtain a psychological evaluation. In light of the serious concerns raised by the defendant's mental status, that request is clearly appropriate. Regardless of whether the defendant suffers from erotomania, as has been suggested, further psychological evaluation is certainly warranted. The Government has advised telephonically that it does not oppose this request. Moreover, the amount of the request is reasonable.

Under the Criminal Justice Act, a defendant charged with a felony, who is financially unable to obtain investigative and other services that are necessary for adequate representation, shall be entitled to the furnishing

of such services at Government expense. 18 U.S.C. 3006A(e)(1). However, where the cost of the requested services exceeds $1,600, approval for the expenditures must be obtained from the chief judge of the circuit, or his delegate. 18 U.S.C. 3006A(e)(3). The request in this case exceeds the $1,600 threshold and, therefore, approval must be secured for this expenditure.

For these reasons, I recommend that Defendant's Motion for Approval of the Expense of Expert Ted Shaw filed on January 27, 2010 (Doc. 70), be granted to the extent that $2,975 be authorized for the employment of psychologist Dr. Shaw to conduct the interviews and testing. A proposed memorandum to the chief judge, or his delegate, approving this expenditure is attached.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: FEBRUARY ___, 2010

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date

of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).