UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:07-CR-313-T-27TGW

MICHAEL BEAVER
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion for Approval of the Expense of Expert Ted Shaw (Dkt. 70) be granted (Dkt. 75). According to procedure, the undersigned sent a memo the Eleventh Circuit Court of Appeals requesting approval of the expenditure and the Eleventh Circuit has entered an order approving same. (11th Circuit Order 10-18). Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 75) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's Motion for Approval of the Expense of Expert Ted Shaw (Dkt. 70) is **GRANTED**.

3) The clerk is directed to maintain the original memo and 11th Circuit Order 10-18 in the Court file pending further order of the Court.

**DONE AND ORDERED** in Tampa, Florida, on this 23rd day of March, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record